IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JACOB A. ANZALDUA                                                                  PLAINTIFF

V.                      CIVIL NO. 6:19-cv-06051

GARLAND COUNTY DETENTION
CENTER and ARKANSAS COMMUNITY
CORRECTION                                                   DEFENDANTS

## ORDER

The Court has received a Report and Recommendation (ECF No. 8) from United States Magistrate Judge Barry A. Bryant. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's complaint be dismissed with prejudice. Plaintiff has filed timely, written Objections (ECF No. 9) to the Report and Recommendation. The matter is now ripe for consideration.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). In his objection, Plaintiff asks that he be allowed to amend his complaint to name Arkansas Community Correction Probation/Parole Officer William McLaughlin and Garland County Sheriff Mike McCormick, in their individual and representative capacities, as defendants in this matter. After consideration, the Court finds that Plaintiff's Objections offer neither law nor fact requiring departure from the Magistrate's findings, and that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Complaint should be and hereby is

DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§1915(e)(2)(B)(i-iii) and 1915A(a). The Clerk is directed to place a §1915(g) strike flag on the case.

SO ORDERED this 18th day of November 2019.

*/s/Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE